**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

United States of America,      )
                             )
           Plaintiff,       )       **ORDER FOR STATUS CONFERENCE**
                             )
      v.                  )
                             )
Ervin J. Lee,             )
                             )       Case No. 1:24-cv-00084
           Defendant.     )

---

**IT IS ORDERED**:

A status conference will be held on July 10, 2024, at 10:00 AM before the magistrate judge by telephone. The parties shall be prepared to discuss the status of the case and how they wish to proceed in light of the admissions in Defendant's Answer. To participate in the conference, the parties shall call (877) 810-9415 and enter access code 8992581. The conference may be recorded for the convenience of the court.

Dated this 20th day of June, 2024.

                              */s/ Clare R. Hochhalter*
                              Clare R. Hochhalter, Magistrate Judge
                              United States District Court